UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.14-cv-20182-UU

MANUEL CEBALLOS CAMEJO.,

    Plaintiff,

v.

R C CONSTRUCTION & INVESTMENTS, INC.,

    Defendant.

_____/

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and the Court's Order granting Plaintiff's Motion for Default Judgment, it is hereby

ORDERED AND ADJUDGED that Judgment is entered against Defendant and in favor of Plaintiff in the amount of $12,840.00.

DONE AND ORDERED in Chambers at Miami, Florida, this 3d day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf