

# JEANNIE REPORTING

www.jeanniereporting.com  
T 305-577-1705 * F (305) 577-1706  
28 W. Flagler St., Suite 610  
Phone # (305) 577-1705 · Fax # (305) 577-1706

**PAID**  
**03/07/2016**

| Bill To |
|---|
| **J.H. Zidell, P.A.**<br>**300 71 Street**<br>**Suite 605**<br>**Miami Beach, FL. 33141** |

| ATTN: | Daniel T. Feld, Esq. |
|---|---|

## Invoice

| INVOICE # | 20910 |
|---|---|
| DATE | 2/8/2016 |
| JOB # | 3650JR5 |

| REPORTER | | | | TERMS |
|---|---|---|---|---|
| AM | | | | Net 30 |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 2/4/2016 | Manuel Ceballos Camejo v. RC Construction<br>Case No. 14-20182 CIV<br><br>**Appearance at Deposition of**<br>**and CNA Prepared, RC Construction Corporate Rep.**<br>**12:00 p.m. - 12:30 p.m.** | 1 | 125.00 | 125.00 |

Thank you for using Jeannie Reporting.  
All amounts are payable on or before the due date as shown on each invoice. All invoices are subject to an interest charge of 1.5% per month. The customer agrees to be responsible for all collections costs and attorney's fees. Tax ID #55-0828848

| | |
|---|---|
| **Total** | $125.00 |
| | -$125.00 |
| **Balance Due** | $0.00 |

*It's been a pleasure working with you!*