UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20182-CIV-UNGARO/OTAZO-REYES

MANUEL CEBALLOS CAMEJO,
and all others similarly situated under U.S.C. 216(B)

    Plaintiff,

v.

R C CONSTRUCTION & INVESTMENTS, INC.,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon Plaintiff Manuel Ceballos Camejo's ("Plaintiff") Motion for Attorney's Fees and Costs (hereafter, "Motion for Fees and Costs") [D.E. 42]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Ursula Ungaro, United States District Judge [D.E. 43]. For the reasons stated below, the undersigned RESPECTFULLY RECOMMENDS that Plaintiff's Motion for Fees and Costs be GRANTED IN PART.

## PROCEDURAL BACKGROUND

On March 31, 2016, the undersigned determined that Plaintiff is entitled to reasonable attorney's fees and costs associated with: preparation for the February 4, 2016 deposition; taking of the certificate of non-appearance; and filing of the Motion for Fees and Costs. See Order [D.E. 40]. On April 8, 2016, Plaintiff filed his Motion for Fees and Costs, the response to which was due by April 25, 2016 [D.E. 42]. No response was filed by the due date. On May 10, 2016, the undersigned issued an Order to Show Cause directing Defendant R C Construction & Investments, Inc. ("Defendant") to, *inter alia*, file a response to the Motion for Fees and Costs by

May 24, 2016 [D.E. 45]. On May 23, 2016, Defendant filed its Response [D.E. 49]. Plaintiff filed his Reply on May 24, 2016 [D.E. 51].

## DISCUSSION

Plaintiff seeks $1,750 in attorney's fees and $165 in costs for a total of $1,915. See Motion for Fees and Costs [D.E. 42]. Defendant does not challenge the costs sought by Plaintiff or the hourly rates of Plaintiff's counsel, who are identified in Plaintiff's fee ledger (hereafter, "Fee Ledger") as timekeepers JZ and DF with respective hourly rates of $350 and $325. See Fee Ledger [D.E. 42-1]. On April 4, 2016, JZ spent 1.8 hours drafting the Motion for Fees and Costs, for which JZ billed $630. Id. Defendant argues that the 1.8 hours was excessive. See Defendant's Response [D.E. 49 at 3-4]. Plaintiff counters that "subsumed" in the 1.8 hours, but "absent from the fee ledger," was "time spent in reviewing the fee ledger for accuracy, drafting of the proposed order and review of case law cited." See Plaintiff's Reply [D.E. 51 at 1]. The undersigned concludes that the amount of time claimed for drafting the Motion for Fees and Costs is excessive and recommends that the 1.8 hours be reduced to 1 hour, which reduces the fee from $630 to $350. See Norman v. Hous. Auth. of Montgomery, 836 F.2d 1292, 1303 (11th Cir. 1988) (explaining that the Court is an expert on the question of fees and "may consider its own knowledge and experience concerning reasonable and proper fees and may form an independent judgment either with or without the aid of witnesses as to value"). Thus, the undersigned respectfully recommends that Plaintiff be awarded $1,470 in adjusted attorneys' fees and $165 in costs for a total adjusted award of $1,635.

Additionally, Plaintiff requests $1,050 in attorney's fees for "reviewing Defendant's Response, researching the case law and drafting Plaintiff's Reply." See Plaintiff's Reply [D.E. 51 at 2]. The undersigned respectfully recommends that the additional fee request be denied.

2

## **RECOMMENDATION**

Based on the foregoing considerations, it is RESPECTFULLY RECOMMENDED that Plaintiff's Motion for Fees and Costs [D.E. 42] be GRANTED IN PART and that Plaintiff be awarded $165.00 in costs and $1,470.00 in fees for an adjusted total of **$1,635.00.**

The parties have **fourteen (14) days** from the date of receipt of this Report and Recommendation within which to serve and file objections, if any, with the Honorable Ursula Ungaro, United States District Judge.  See Local Magistrate Rule 4(b).  Failure to timely file objections shall bar the parties from attacking on appeal the factual findings contained herein. See Resolution Tr. Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

RESPECTFULLY SUBMITTED at Miami, Florida, this 10th day of June, 2016.

*[signature]*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:

United States District Judge Ursula Ungaro
Counsel of Record