UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-20182-CIV

MANUEL CEBALLOS CAMEJO,
And all others similarly situated under U.S.C. 216(B)

    Plaintiff

vs.

R.C. CONSTRUCTION & INVESTMENTS, INC.,

    Defendant.
_____/

### DEFENDANT'S NOTICE OF COMPLIANCE

COMES NOW THE DEFENDANT, R.C. CONSTRUCTION & INVESTMENTS, INC, by and through undersigned counsel and files this Notice/Certificate of Compliance in accordance with the court order (March 2nd, 2016, document # 37 court docket) compelling defendant to complete and furnish plaintiff with the Fact Information Sheet in Aid of Execution Pursuant to Florida Rule of Civil Procedure 1.560 and 1.977.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 21st, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document along with the completed fact information sheet (containing confidential information) is being served this day on all counsels of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

BY:/S/_Sara Shulevitz

SERVICE LIST
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:14-20182-CIV

MANUEL CEBALLOS CAMEJO,
And all others similarly situated under U.S.C. 216(B)
Plaintiff

vs.

R.C. CONSTRUCTION & INVESTMENTS, INC.
Defendant

Sara S. Shulevitz
FBN: 640611
28 W. Flagler St. 9th Flr.
Miami, FL 33130
305 728 1936
Fax: 305 779 5074
sarashulevitzesq@aol.com

**Daniel T. Feld**
Daniel T Feld P.A.
2847 Hollywood Blvd.
Hollywood, FL 33020
(305) 308 - 5619
Email: DanielFeld.Esq@Gmail.com

**Jamie H. Zidell**
300 71st Street
Suite 605
Miami Beach, FL 33141
305-865-6766
Fax: 865-7167
Email: ZABOGADO@AOL.COM

–2–