UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-20182-CIV

MANUEL CEBALLOS CAMEJO,
And all others similarly situated under U.S.C. 216(B)

    Plaintiff

vs.

R.C. CONSTRUCTION & INVESTMENTS, INC.,

    Defendant.
_____/

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR FINAL JUDGMENT IN GARNISHMENT AGAINST GARNISHEE BISCAYNE BANK AND MOTION TO STAY FINAL JUDGMENT**

COMES NOW THE DEFENDANT, R.C. CONSTRUCTION & INVESTMENTS, INC, by and through undersigned counsel, and files this Response to Plaintiff's Motion for final judgment in garnishment [DE 76] and submits the following facts thereof:

1) Defendant does not dispute the actual figures Plaintiff has propounded in his Motion for final judgment [DE 76].
2) Defendant does not claim an exemption from the Writ of Garnishment.
3) Defendant does however challenge the execution of a final order while his appeal on the default final judgment [DE 70] remains open. Pending review and a decision from the United States Court of Appeals (USCA Eleventh Circuit) Defendant asks for a Stay on any judgments that could be controverted by a decision pending before the USCA.

–1–

WHEREFORE, Defendant respectfully requests that all pending issues and/judgments that could be affected by the USCA ruling including the instant motion for final judgment as to garnishee be stayed until USCA issues a ruling.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsels of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

BY:/S/_Sara Shulevitz

FBN: 640611
28 W. Flagler St. 9th Flr.
Miami, FL 33130
305 728 1936
Fax: 305 779 5074
sarashulevitzesq@aol.com

**Daniel T. Feld**
Daniel T Feld P.A.
2847 Hollywood Blvd.
Hollywood, FL 33020
(305) 308 - 5619
Email: DanielFeld.Esq@Gmail.com

–2–

Jamie H. Zidell
300 71st Street
Suite 605
Miami Beach, FL 33141
305-865-6766
Fax: 865-7167
Email: ZABOGADO@AOL.COM

–3–